**Lei Jiang LLC**
26943 Westwood Road
Westlake, OH 44145

440.835.2271
info@leijianglaw.com
www.leijianglaw.com

Invoice

| Date | Invoice # |
|---|---|
| 4/25/2013 | 2013042501 |



**Bill To**

A Metal Source, LLC
Jessica Esparza
25935 Detroit Road, #321
Cleveland, Ohio  44145   U.S.A.

| Due Date | Account # |
|---|---|
| 4/25/2013 | |

| Date | Item | Description | Hourly Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/18/2013 | Legal Services | legal consultation 4:10-5:15pm (Waived) | 150.00 | 0 | 0.00 |
| 4/19/2013 | Legal Services | appearance | 150.00 | 0.25 | 37.50 |
| 4/22/2013 | Legal Services | review documents 10:05-12:25 | 150.00 | 2.25 | 337.50 |
| 4/22/2013 | Legal Services | review documents, communication with Client, defendant's attorney 1:25-3:42pm | 150.00 | 2.25 | 337.50 |
| 4/23/2013 | Legal Services | review documents, research 10:50-12:05 | 150.00 | 1.25 | 187.50 |
| 4/23/2013 | Legal Services | motion to remand, 1 hr communication with Client 1:30-5:00pm | 150.00 | 3.5 | 525.00 |
| 4/24/2013 | Legal Services | motion to remand (continue), communication with Client 9:00-12:00 | 150.00 | 3 | 450.00 |

| | |
|---|---|
| **Total** | $1,875.00 |
| **Payments/Credits** | $-1,875.00 |
| **Balance Due** | $0.00 |