UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EZPARZA et al., | ) | Case No. 1:13cv00835 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| KLOCKER et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on two Motions: (1) Plaintiffs' Motion to Remand to State Court (ECF #9) and (2) Defendants' Motion for Extension of Time Until 30 Days After Remand to State Court to Answer Second Amended Complaint (ECF #13).

Plaintiffs' Motion to Remand to State Court is GRANTED IN PART. Because the request for remand is unopposed, it is ordered that this case be remanded to state court. Defendants do oppose Plaintiffs' request for costs and expenses, including attorneys' fees, associated with removal and remand. Plaintiffs' request for costs and expenses is denied for the reasons stated in Defendants' Opposition.

Defendants' Motion for Extension of Time is DENIED AS MOOT. It is the state court's prerogative to establish a deadline to answer the Second Amended Complaint following remand. This amends the Court's non-document Order of May 8, 2013.

**IT IS SO ORDERED.**

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: May 22, 2013